# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CVETELINA PETROV ,**

        **Plaintiff,**

**-vs-**                                  **Case No. 6:09-cv-1918-Orl-22GJK**

**COGNOSCENTI HEALTH INSTITUTE, LLC,**

        **Defendant.**

## ORDER

This cause is before the Court on Amended Joint Motion for Approval of Settlement Agreement (Doc. No. 22) filed on January 13, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 11, 2010 (Doc. No. 24) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Amended Joint Motion for Approval of Settlement Agreement (Doc. No. 22) is GRANTED to the extent the Court finds the settlement is fair and reasonable.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 12, 2010.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge